497 A.2d 607

**Christina MANCUSO, a Minor, et al., Petitioners,**

**v.**

**Richard Dennis BRADSHAW, et al.**

Supreme Court of Pennsylvania.

Aug. 22, 1985.

Petition for Allowance of Appeal GRANTED, No. 121 E.D. Appeal Docket 1985.